*Mondelēz Global LLC, et al. v. ASR Group International, Inc., et al.*

**Attachment 1 to Civil Cover Sheet**

**List of Plaintiffs**

- Mondelēz Global LLC
- Nestlé USA, Inc.
- The Hershey Company
- The J. M. Smucker Company
- The Kraft Heinz Company
- WK Kellogg Co